KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
ALGERNON TAMASOA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EPATI MALAUULU, JOHN ORTIZ, ALGERNON TAMASOA, FRANCISCO POLOAI<br><br>　　　　Defendants. | No. 15-CR-00124-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  September 15, 2015<br>Time:  9:15 am.<br>Judge:  Honorable John A. Mendez |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff, together with Matthew Bockmon, attorney for defendant Epati Malauulu, Jeffrey Staniels, attorney for defendant John Ortiz, Kyle Knapp, attorney for defendant Algernon Tamasoa; Douglas Horngrad, attorney for Francisco Poloai, that the previously-scheduled status conference, currently set for July 28, 2015, be vacated and that the matter be set for status conference on September 15, 2015 at 9:15 a.m.

Counsel have conferred and this continuance is requested to allow defense counsel additional time to review the discovery, met again with our clients, investigate possible defenses and to continue exploring the facts of the case.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 24, 2015, up to and including September 15, 2015.

IT IS SO STIPULATED.

Dated: July 24, 2015  BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

by:  /s/ Christiaan Highsmith
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  July 24, 2015  /s/ Matthew Bockmon
MATTHEW BOCKMON
Attorney for Defendant
Epati Malauulu

Dated:  July 24, 2015  /s/ Jeffrey Staniels
JEFFREY STANIELS
Attorney for Defendant
JOHN ORTIZ

Dated:  July 24, 2015  /s/ Kyle R. Knapp
KYLE KNAPP
Attorney for Defendant
ALGERNON TAMASOA

Dated:  July 24, 2015  /s/ Douglas Horngrad
DOUGLAS HORNGRAD
Attorney for Defendant
FRANCISCO POLOAI

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's July 28, 2015 criminal calendar and re-calendared for status conference on September 15, 2015.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on July 24, 2015, through and including September 15, 2015.

**IT IS SO ORDERED**.

Dated: 7/27/2015 /s/ John A. Mendez_____
HON. John A. Mendez
United States District Court Judge