HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Counsel for Defendant
EPATI MALAUULU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EPATI MALAUULU, et. al.<br><br>Defendants. | No. 2:15-cr-124 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME (AMENDED)<br><br>Date:  March 4, 2016<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Christiaan Highsmith, counsel for Plaintiff, and Assistant Federal Defender Matthew Bockmon, counsel for Defendant Epati Malauulu, Jeffrey L. Staniels, CJA Counsel for Defendant John Ortiz, Kyle Knapp, CJA Counsel for Defendant Algernon Tamasoa, and Dina Santos. CJA Counsel for Francisco Paloai, that the status conference in this case be continued from its current status date of January 27[1], 2016, until March 4, 2016, for status.

Counsel for the defendants intend to file and calendar a motion for further discovery pertaining to wire-tap related documentation which the government thus far has declined to disclose without a motion and court order.  This motion will be filed and calendared before the

---

[1] Time exclusions previously entered before the case was transferred to this court utilized Judge Mueller's motion dates; for that reason time was excluded only through Wednesday, January 27, 2016.

1

duty magistrate before the proposed new status date.

All defense counsel believe that pursuit of the discovery sought is necessary to adequately investigate potential issues relating to the validity of the wiretaps in this case.

It is further stipulated that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), Local Code T-4.  The parties agree that the time requested is reasonably necessary in order to provide adequate time for defense preparation and that the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

Therefore the court is requested to grant this request, continue the case until March 4, 2016, and make the requested finding.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: January 28, 2016                     */s/ Christiaan Highsmith*
                                            Christiaan Highsmith
                                            Counsel for Plaintiff

Dated: January 28, 2016                     */s/ Matthew Bockmon*
                                            Matthew Bockmon
                                            Counsel for Epati Malauulu

Dated: January 28, 2016                     */s/Jeffrey L. Staniels*
                                            Jeffrey L, Staniels
                                            Counsel for John Ortiz

Dated: January 28, 2016                     */s/Kyle Knapp*
                                            Kyle Knapp
                                            Counsel for Algernon Tamasoa

Dated: January 28, 2016                     */s/ Dina Santos*
                                            Dina Santos
                                            Counsel for Francisco Poloai

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EPATI MALAUULU, et. al.<br><br>　　　　　Defendants. | No. 2:15-cr-124 GEB<br><br>[PROPOSED] ORDER |

　　　The attached stipulation is hereby APPROVED and the captioned case is continued from January 29, 2016 to March 4, 2016 at 9:00 a.m.

　　　The court finds for the reasons stated in the stipulation that the interests of justice served by granting this continuance outweigh the interests of the public and the defendants in a speedy trial.  Time for trial under the Speedy Trial Act is therefore excluded between January 27, 2016 and March 4, 2016 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4

　　　**IT IS SO ORDERED.**
Dated:  January 28, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

3