IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EPATI MALAUULU,<br><br>　　　　　　　　Defendant. | CASE NO.:  15-cr-00124 KJM<br><br>**ORDER TO SEAL EXHIBITS A at 2-231 AND K at 303-308 TO MOTION FOR COMPASSIONATE RELEASE** |

　　GOOD CAUSE APPEARING, Petitioner Epati Malauulu's request to seal Exhibit A at 2-231 and Exhibit K at 303-308 attached to his Motion for Compassionate Release is GRANTED.

 Dated:  September 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE