IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>EPATI MALAUULU,<br><br>                    Defendant. | CASE NO.:  15-cr-00124 KJM<br><br>**ORDER TO REDACT PARTS OF EXHIBITS TO MOTION FOR COMPASSIONATE RELEASE** |

   GOOD CAUSE APPEARING, Petitioner Epati Malauupu's request to redact portions of his Motion for Compassionate Release, namely, Exhibits L at 310-314 is GRANTED.

 Dated:  September 16, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE