UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of American,<br><br>                Plaintiff,<br><br>    v.<br><br>Epati Malauulu,<br><br>                Defendant. | No. 2:15-cr-00124-KJM<br><br>ORDER |

The motion to withdraw (ECF No. 304) is **denied without prejudice to renewal**. *See* E.D. Cal. L.R. 182(d) (governing withdrawals that leave a client *in propria persona*); *United States v. Radtke*, No. 18-00162, 2020 WL 6075874 (E.D. Cal. Oct. 15, 2020) (summarizing relevant Local Rules and legal standards).

    IT IS SO ORDERED.

DATED: November 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE