PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00124-KJM |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| EPATI MALAUULU, | |
| Defendant. | |

On March 8, 2022 the Government requested an extension of time to March 22, 2022, to file its response or opposition to defendant's *pro se* compassionate release motion.  Docket No. 309.

IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The Government's response is now due March 22, 2022.

Defendant Epati Malauulu's optional reply brief must be filed within twenty-one days after he receives a copy of the government's opposition.

Dated: March 9, 2022

CHIEF UNITED STATES DISTRICT JUDGE

1