PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00124-KJM |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME |
| v. | |
| EPATI MALAUULU, | |
| Defendant. | |

On March 22, 2022 the Government requested an extension of time to April 12, 2022, to file its response or opposition to defendant's *pro se* compassionate release motion. Docket No. 309.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due April 12, 2022.

Dated: March 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE