UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States v. America,

                Plaintiff,

    v.

Epati Malauulu,

                Defendant.

No. Case 2:15-cr-00124-KJM

ORDER

        Defendant Epati Malauulu, now acting without counsel, has renewed his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). The government opposes the motion, which is fully briefed and submitted. *See generally* Mot., ECF No. 309; Opp'n, ECF No. 314; Replies, ECF Nos. 318, 319.

        Mr. Malauulu concedes he has been vaccinated against COVID-19. Mot. at 7, ECF No. 309. If a defendant is vaccinated, this court has employed a rebuttable presumption that the risk of severe harm from COVID-19 is not an "extraordinary and compelling" reason to reduce a sentence under § 3582(c)(1)(A)(i). *United States v. Smith*, 538 F. Supp. 3d 990, 999 (E.D. Cal. May 11, 2021). A defendant can rebut this presumption by offering evidence of an elevated personal risk of severe harm despite the protections of vaccination. *Id.*; *see also United States v. Peel*, No. 14-00192, 2021 WL 2875658, at *3 (E.D. Cal. July 8, 2021). Evidence of such an elevated personal risk might include judicially noticeable information published by public health

1

authorities, expert opinions, and scientific studies. *See Smith*, 538 F. Supp. 3d at 996–97. Mr. Malauulu has not shown that he faces such an increased personal risk. He refers only generally to the likelihood that the protections of a vaccine will wane over time, that vaccines might not be as effective against some coronavirus variants, and that people may suffer "long-haul" symptoms. *See, e.g.*, Mot. at 7; Reply at 1–2, ECF No. 319.

The motion (ECF No. 309) is **denied without prejudice to renewal** with evidence of an elevated personal risk or severe harm despite the protections of vaccination, in addition to the other prerequisites of 18 U.S.C. § 3582(c)(1)(A).

IT IS SO ORDERED.

DATED: October 12, 2022.

CHIEF UNITED STATES DISTRICT JUDGE